UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 07-22413-CIV-JORDAN

| | |
|---|---|
| LARRY KLAYMAN,<br>       Plaintiff<br>vs.<br>JUDICIAL WATCH, INC. and THOMAS J. FITTON,<br>       Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendants Judicial Watch and Thomas J. Fitton have sought an extension of time to file responsive pleadings in this case. Defendants' motions [D.E. 1] are hereby GRANTED. Judicial Watch and Mr. Fitton must respond to the complaint no later than October 5, 2007.

DONE and ORDERED in chambers in Miami, Florida, this 20th day of September, 2007.

_____
Adalberto Jordan
United States District Judge

Copy to:    All counsel of record